UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN WATTS,

    Plaintiff,

v.

                                   Case No. 1:25-cv-243

ANDRE COLLINS, et al.,              Hon. Hala Y. Jarbou

    Defendants.
_____/

### ORDER

On October 24, 2025, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Plaintiff's claims against all Defendants save Andre Collins and Michael Schutt be dismissed for failure to exhaust (ECF No. 28). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on November 7, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 28) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the MDOC Defendants' motion for summary judgment (ECF No. 12) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Stephanie Wuest's motion for summary judgment (ECF No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiff's claims against Jason Garcia, Khris Nevins, Randee Rewerts, Matthew Mates, and Stephanie Wuest are **DISMISSED WITH PREJUDICE**

Dated: November 25, 2025        /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE