UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN WATTS,

Plaintiff,

v.

ANDRE COLLINS, et al.,

Defendants.
_______________________________/

Case No. 1:25-cv-243

Hon. Hala Y. Jarbou

**ORDER**

Plaintiff Justin Watts brings this lawsuit under 42 U.S.C. § 1983 against Defendants Andre Collins and Michael Schutt for alleged violations of Watts's Eighth Amendment right to be free from cruel and unusual punishment. On April 23, 2026, Defendants moved for summary judgment. Watts did not respond to that motion, and on July 1, 2026, Magistrate Judge Sally J. Berens issued a report and recommendation (R&R) (ECF No. 36) that the Court grant Defendants' motion for summary judgment because no evidence in the record supported the allegations in Watts's complaint. Watts subsequently sent a letter to the Court (ECF No. 38) claiming that he had never been served with Defendants' motion for summary judgment. After the Clerk of Court sent Watts a copy of the motion, Watts filed a response on August 13, 2026 (ECF No. 40). Defendants disputed Watts's claim that he was never given the motion for summary judgment, and moved to strike his response. (Mot. to Strike, ECF No. 41.)

Because Watts has the burden of proving his Eighth Amendment claims, when faced with Defendants' motion for summary judgment, he "cannot rest on [his] pleading or allegations," and "must present material evidence in support of [his] allegations." *Kessler v. Visteon Corp.*, 448 F.3d 326, 329 (6th Cir. 2006). Even if the Court accepts Watts's untimely response, that response

contains no evidence supporting his claims, so Defendants are entitled to summary judgment. *See Duha v. Agrium, Inc.*, 448 F.3d 867, 879 (6th Cir. 2006) (statements in a brief are not evidence).

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 36) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 34) is **GRANTED**. The Court will dismiss all claims against Defendants.

**IT IS FURTHER ORDERED** that Defendants' motion to strike (ECF No. 41) is **DENIED AS MOOT**.

A judgment will enter in accordance with this Order.

Dated: August 31, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE